A091 (Rev. 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

JAN 25 2011

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Calvin Anthony WATSON

**CRIMINAL COMPLAINT**

Case Number: C-11-118m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **1/24/2011** (Date) in **Kenedy** County, in the Southern District of Texas defendant, **Calvin Anthony WATSON**

a native and citizen of the Jamaica, and an alien who had been previously deported from the United States after having been convicted of an aggravated felony, was unlawfully found in the United States near Sarita, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of Homeland Security of the United States for application by the defendant for readmission into the United States, in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
Official Title

On January 24, 2011, approximately 9:30 a.m., Calvin Anthony WATSON, a citizen and national of Jamaica, illegally present in the U.S., was encountered by US Border Patrol agents during an immigration inspection at the Sarita, Texas, BP Checkpoint. WATSON was a passenger in a vehicle transporting approximately 5.2 lbs of marijuana. Records checks conducted revealed WATSON was ordered removed from the U.S. on June 2, 2000, in Napanoch, New York under A# 073 487 574. WATSON was removed on May 22, 2008, from New Orleans, Louisiana. Records checks also revealed WATSON has convictions for Attempted Murder and Distribution of Cocaine. At this time, no evidence has been found suggesting the subject requested permission from the Attorney General or the Secretary of DHS to enter the U.S.

Signature of Complainant
**Joe Pineda**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**January 25, 2011**
Date

at

**Corpus Christi, Texas**
City and State

**Brian L. Owsley U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer